LINDER & SONS *et al.* *v.* HARTWELL BANK *et al.*

LUMPKIN, J. There was no error in refusing to grant an interlocutory injunction in this case.

*Judgment affirmed. All the Justices concur, except Hill, J., not presiding.*
JANUARY 12, 1912.

Petition for injunction. Before Judge Meadow. Hart superior court. January 31, 1911.

*A. G. & Julian McCurry,* for plaintiffs.

*James H. Skelton* and *W. L. Hodges,* for defendants.